# Order

Michigan Supreme Court
Lansing, Michigan

November 29, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

154243(22)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HOWARD ANTHONY MONIZ,
      Defendant-Appellant.

SC: 154243
COA: 331418
Monroe CC: 00-030408-FH
               00-030410-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's September 12, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      WILDER, J., did not participate because he was on the Court of Appeals panel.

      CLEMENT, J., did not participate.



a1120

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2017



Clerk